**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | : Mag. No. 14-4110 |
| v. | : Hon. Michael A. Hammer |
| KENNETH A. NORMAN | : ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Svetlana M. Eisenberg, Assistant United States Attorney, appearing), and Defendant Kenneth A. Norman (Kevin Carlucci, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and six prior continuances having been entered by the Court; and the Defendant being aware that he has the right under 18 U.S.C. § 3161(b) to have the matter presented to a Grand Jury within thirty (30) days of his arrest; and the Defendant through his attorney having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the Defendant seek additional time to achieve successful resolution of these negotiations, which would render trial of this matter unnecessary;

2. Defendant, through counsel, has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this __14th__ day of October, 2015,

ORDERED that the proceedings in the above-captioned matter are continued from the date this Order is signed through and including December 18, 2015.

IT IS FURTHER ORDERED that the period from the date this Order is signed through and including December 18, 2015 shall be excludable in computing time under the Speedy Trial Act of 1974.

*IT IS FURTHER ORDERED:*
*# Any further continuance applications will require an in-court hearing.*

_____
HONORABLE MICHAEL A. HAMMER
United States Magistrate Judge

Consented and Agreed to by:

_____
Kevin Carlucci, Esq.
Counsel for Defendant

_____
Svetlana M. Eisenberg
Assistant United States Attorney

_____
Mary E. Toscano
Deputy Chief, General Crimes Unit

_____
Lisa M. Colone
Deputy Chief, Criminal Division

2